JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JORGE LUNA**,

Plaintiff,

vs.

**EMITA, INC.; 13565 VENTURA BLVD, LLC**; and DOES 1 to 10,

Defendants.

Case No.: **2:26-cv-08246-PA (BFMx)**

**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice.

SO ORDERED.

DATED: September 29, 2026

Percy Anderson,
U.S. District Judge